Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff: AUSTIN WHITE

[*Attorneys for Defendant on Next Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUSTIN WHITE, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>CBS INTERACTIVE INC., a Delaware corporation,<br><br>Defendant. | Case No: 3:26-cv-03064-RFL<br><br>Hon. Rita F. Lin<br><br>**JOINT NOTICE OF SETTLEMENT** |

DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant CBS INTERACTIVE INC.

The Parties by and through their undersigned counsel hereby jointly give the Court notice that Plaintiff AUSTIN WHITE and Defendant CBS INTERACTIVE INC., a Delaware corporation (collectively, the "Parties") have reached a settlement in principle in this matter.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates and deadlines in this action, with the expectation that the settlement will be consummated within sixty (60) days.

Dated: June 26, 2026

**NATHAN & ASSOCIATES, APC**

By: <u>/s/ *Reuben D. Nathan*</u>
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: June 26, 2026

**WEIL, GOTSHAL & MANGES LLP**

By: <u>/s/ *David R. Singh*</u>
David R. Singh
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-Mail: david.singh@weil.com

*Attorneys for Defendant*

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I, Reuben D. Nathan, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 26, 2026

*/s/Reuben D. Nathan*
Reuben D. Nathan